[      ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In Re:**

(1) **Juanita Lewis Hill**                                    Case No.
    xxx-xx-6977
(2)                                                           **Chapter 13**

**Debtor(s)**

## CHAPTER 13 PLAN

**ADDRESS:**       (1)   3140 Sinclair St.       (2)
                         Memphis TN 38127

**PLAN PAYMENT:**
   **DEBTOR (1)** shall pay    $1,040.00    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( X ) monthly, by:

   ( ) **PAYROLL DEDUCTION** from:                **OR (X) DIRECT PAY**.

   **DEBTOR (2)** shall pay    $_____    ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

   ( ) **PAYROLL DEDUCTION** from:                **OR ( ) DIRECT PAY**.

**1. THIS PLAN [Rule 3015.1 Notice]:**
   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]     ( ) YES    (X) NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON VALUATION
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]    ( ) YES    (X) NO
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12]    (X) YES    ( ) NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ( ) Included in Plan; **OR (X)** Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:          Monthly Plan Payment

_____ ; ongoing payment begins _____     $_____
                      Approximate arrearage: _____                   $_____

_____ ; ongoing payment begins _____     $_____
                      Approximate arrearage: _____                   $_____

**5. PRIORITY CLAIMS:**                                    Value of Claim     Monthly Plan Payment

_____              _____              $_____
_____              _____              $_____

**6. HOME MORTGAGE CLAIMS:**   ( ) Paid directly by Debtor(s); **OR** (X) Paid by Trustee to:     Monthly Plan Payment

SN Servicing Corp                 ; ongoing payment begins   JUNE 2021         $491.44
         Approximate arrearage:   $14,000.00         Interest:  0.0 %          $370.00

_____ ; ongoing payment begins _____         $_____
         Approximate arrearage: _____           Interest: ____ %         $_____

**7. SECURED CLAIMS:**                          Value           Rate of         Monthly
   [Retain lien 11 U.S.C. §1325 (a)(5)]         of Claim        Interest        Plan Payment

_____         _____         _____ %         $_____
_____         _____         _____ %         $_____
_____         _____         _____ %         $_____
_____         _____         _____ %         $_____

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | ____ % | $ ____ |
| | | ____ % | $ ____ |
| | | ____ % | $ ____ |
| | | ____ % | $ ____ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____  Collateral: _____
_____  Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Value of Claim | Rate of Interest | Monthly Plan Payment |
|---|---|---|---|
| | | ____ % | $ ____ |
| | | ____ % | $ ____ |
| | | ____ % | $ ____ |
| | | ____ % | $ ____ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

US Dept of Education                (X) Not provided for    **OR** ( ) General unsecured creditor
_____             ( ) Not provided for    **OR** ( ) General unsecured creditor
_____             ( ) Not provided for    **OR** ( ) General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. §522(f):**

Unifund CCR Partners c/o Mendelson Law Firm (SCGS Docket Number 1576294, SC Register's instrument Number 12141962)

**13.** ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**    $22,343.34.

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____ %, OR,

(X) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____    ( ) Assumes  **OR**  ( ) Rejects.
_____    ( ) Assumes  **OR**  ( ) Rejects.
_____    ( ) Assumes  **OR**  ( ) Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately ____60____ months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Herbert D. Hurst          Date: February 12, 2021
Herbert D. Hurst (18721)
Attorney for Debtor(s)
P.O. Box 41497, Memphis, Tennessee 38174-1497
Phone: (901) 725-1000    Fax: (901) 725-4700